## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JUSTIN MICHAEL JONES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | Civil Action No. _____ |
| | § | |
| **HARLEY-DAVIDSON MOTOR** | § | |
| **COMPANY, INC. and HARLEY** | § | |
| **DAVIDSON COMPANY aka** | § | |
| **Harley Davidson Motorcycle Company,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF REMOVAL

HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC (improperly identified in Plaintiff's Petition as Harley-Davidson Motor Company, Inc. and Harley Davidson Company a/k/a Harley Davidson Motorcycle Company) ("Harley-Davidson"), defendant in the lawsuit captioned *Justin Michael Jones v. Harley-Davidson Motor Company, Inc., et al* filed in the 14th Judicial District Court for the Parish of Calcasieu Louisiana, Case No.: 2022-5690H, pursuant to 28 U.S.C. §§ 1441 and 1446, files this notice of the removal to this court. As grounds for this removal, Harley-Davidson states the following:

I.

On or about August 12, 2022, Plaintiff, Justin Michael Jones, commenced this action in the 14th Judicial District Court for the Parish of Calcasieu, Louisiana. Harley-Davidson is the only defendant. **(See attached Exhibit No. 1 - Petition for Damages)**

II.

Harley-Davidson was served with a copy of the Petition in the state court action on September 20, 2022. **(See attached Exhibit No. 2 – CT Corporation System, Service of Process Transmittal Form).**

III.

This lawsuit arises out of motorcycle crash which occurred on August 16, 2021, on 5th Avenue in Lake Charles. Plaintiff alleges he was operating a 2020 Harley-Davidson LiveWire motorcycle when he applied his front brake lever and the motorcycle stopped abruptly and Mr. Jones was ejected. Plaintiff claims the brakes were defective and unreasonably dangerous. As a result of the crash, Plaintiff alleges he was injured including "a traumatic brain injury including multiple strokes which resulted in him being in a coma for three months and also losing some of the functions of his right arm, head, legs, and other parts of his body and mind."

**(See attached Exhibit No. 1 - Petition for Damages, Paragraphs 8-10, 17-18).**

IV.

Plaintiff has not stated a specific dollar amount of damages in the Petition, but states his damages are "sufficient for federal court jurisdiction." **(See attached Exhibit No. 1 - Petition for Damages, Paragraph 24)**. Based upon the express allegations of

the Petition, Plaintiff is seeking damages sufficient to meet the jurisdictional limits of this Court.

V.

Justin Michael Jones, at all times material hereto, including at the time of filing the Petition and at the time of this Removal, is a resident and domiciliary of Lake Charles, Louisiana. **(See attached Exhibit No. 1 - Petition for Damages, Signature block.).**

VI.

Harley-Davidson is a Wisconsin Limited Liability Company with its principal place of business in Milwaukee, Wisconsin.[1]  The Sole member and owner of Harley-Davidson is Harley-Davidson, Inc., a Wisconsin Corporation with its principal place of business in Milwaukee, Wisconsin.

VII.

As set forth in the preceding paragraphs, the above-described action is a civil action of which this court has original jurisdiction under the provisions of 28 U.S.C. Section 1332(a)(1), as it involves citizens of different states and an amount in controversy in excess of $75,000.00, exclusive of interest and costs and is one which may be removed to this court by Harley-Davidson, pursuant to the provisions of 28 U.S.C. Section 1441.

---

[1] Harley-Davidson Motor Company, Inc. is not the proper party to this litigation, but is a Wisconsin Corporation with its principal place of business in Wisconsin and is a wholly owned subsidiary of Harley-Davidson Motor Company Group, LLC.  Additionally, there is no entity named Harley Davidson Company.

VIII.

Venue properly rests in the United States District Court for the Western District of Louisiana-Lake Charles Division, pursuant to 28 U.S.C. Section 1441(a), since this action is being removed from the state court wherein it was originally filed in the 14th Judicial District Court for the Parish of Calcasieu, Louisiana.

Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed and without waiver by Harley-Davidson.  Specifically, this Notice of Removal has been filed within thirty (30) days after the Petition was served on Harley-Davidson's registered agent on September 20, 2022.

IX.

Concurrent with the filing of this Notice of Removal, Harley-Davidson filed with the Clerk of the Court for the 14[h] Judicial District Court for the Parish of Calcasieu, Louisiana, a Notice of Filing Notice of Removal pursuant to 28 U.S.C. Section 1446(d), and will give written notice thereof to all adverse parties.  **(See attached Exhibit No. 3 – Notice of Filing Notice of Removal).**

WHEREFORE, HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC (improperly identified in Plaintiffs' Petition as Harley-Davidson Motor Company, Inc. and Harley Davidson Company aka Harley Davidson Motorcycle Company), pursuant to 28 U.S.C. Sections 1332 and 1441, respectfully prays for the removal of the state court proceedings from the 14th Judicial District Court for the Parish of Calcasieu, Louisiana, to

this Honorable Court, and for the stay of all future proceedings in the state court because of this removal.

Respectfully submitted,

BERNARD, CASSISA, ELLIOTT & DAVIS
A Professional Law Corporation

BY:     /s/Carl J. Giffin, Jr.
CARL J. GIFFIN, JR., T.A. – Bar #14289
3838 N. Causeway Blvd., Suite 3050
Metairie, Louisiana 70002
Phone: 504-834-2612
Fax: 504-838-9438
Email: giffinc@bernard-cassisa.com

**ATTORNEYS FOR DEFENDANT
HARLEY-DAVIDSON MOTOR
COMPANY, INC.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this 11th day of October, 2022, served the foregoing on **Justin Michael Jones,** 1416 North Grace Street, Lake Charles, LA 70601, *pro se Plaintiff,* via one or more of the following methods, in accordance with the Louisiana Code of Civil Procedure:

☐ by placing a copy in the U.S. Mail, properly addressed and first class postage prepaid

☐ by Certified Mail, properly addressed and first class postage prepaid

☐ by facsimile

☐ by hand delivery

☐ by overnight delivery

☑ by electronic means

/s/    *Carl J. Giffin, Jr.*
**Carl J. Giffin, Jr.**