IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JUSTIN MICHAEL JONES,** | § § | |
| **Plaintiff,** | § § | |
| vs. | § § | Civil Action No. 2:22-cv-05660 |
| **HARLEY-DAVIDSON MOTOR COMPANY, INC. and HARLEY DAVIDSON COMPANY aka Harley Davidson Motorcycle Company,** | § § § § § § | |
| **Defendants.** | § | |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on this day for consideration upon the Stipulated Motion for Dismissal with Prejudice of Pro Se Plaintiff, Justin Michael Jones, and Defendant, Harley-Davidson Motor Company Group, LLC (improperly identified in Plaintiff's Petition as Harley-Davidson Motor Company, Inc. and Harley Davidson Company a/k/a Harley Davidson Motorcycle Company), and the Court being fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that this case be and it is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

THUS DONE AND SIGNED in Chambers this 30th day of March, 2023.

*/s/ James D. Cain, Jr.*
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE